**Larry Don RICHTER et ux., Petitioners,**

v.

**The PLAINS NATIONAL BANK OF LUBBOCK, Respondent.**

**No. B–3415.**

Supreme Court of Texas.

Oct. 4, 1972.

Short & Helton, R. M. Helton, Wichita Falls, for petitioners.

Nelson, McCleskey, Harriger & Brazill, Harold O. Harriger, Crenshaw, Dupree & Milam, J. Orville Smith, Lubbock, for respondent.

PER CURIAM.

In refusing the application for writ of error, no reversible error, we do not wish to be understood as approving the holding of the court of civil appeals, 479 S.W.2d 95, that rendering judgment upon a jury verdict which contains conflicting answers constitutes fundamental error.